FILED _____   _____ SERVED ON
ENTERED _____   COUNSEL/PARTIES OF RECORD

NOV -9 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:11-CR-0097-LRH-VPC |
| Plaintiff, | **ORDER** |
| vs. | |
| BRIAN TRULL, | |
| Defendant. | |

On Wednesday, November 9, 2016, defendant Brian Trull was present with counsel for CLEAR Court ("Court Led Efforts At Recovery"). The Court finds that defendant shall serve three (3) days in jail at the Washoe County Detention Facility for violations of his supervised release as follows:

1. On Friday, November 11, 2016, at 4:00 p.m., the defendant shall self surrender to the Washoe County Detention Facility at 911 Parr Blvd., Reno, Nevada 89512 to be taken into custody.

2. On Monday, November 14, 2016, at 9:00 a.m., the defendant shall be released from custody on his own recognizance.

**IT IS SO ORDERED.**

DATED: November 9, 2016.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE