```
         ✓ FILED          ___ RECEIVED
         ___ ENTERED      ___ SERVED ON
                          COUNSEL/PARTIES OF RECORD

              NOV 3 0 2016

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
    BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:11-CR-0097-LRH-VPC |
| Plaintiff, | |
| vs. | **ORDER** |
| BRIAN TRULL, | |
| Defendant. | |

On November 30, 2016, CLEAR Court ("Court Led Efforts At Recovery") convened for an expedited session. Defendant's counsel was present. The Court finds that defendant shall serve six (6) days in jail at the Washoe County Detention Facility for violations of his supervised release as follows:

1. On Wednesday, November 30, 2017, at 2:00 p.m., the defendant shall self surrender to the United States Marshals Service to be taken into custody at the Washoe County Detention Facility at 911 Parr Blvd., Reno, Nevada 89512.

2. On Saturday, December 3, 2017, at 9:00 a.m., the defendant shall be released from custody on his own recognizance.

3. On Wednesday, December 7, 2017, at 2:00 p.m., the defendant shall self surrender to the United States Marshals Service to be taken into custody at the Washoe County Detention Facility at 911 Parr Blvd., Reno, Nevada 89512.

2. On Saturday, December 10th, 2017, at 9:00 a.m., the defendant shall be released from custody on his own recognizance.

**IT IS SO ORDERED.**

DATED: November 30, 2016.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE